**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MARK MILLIGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 04-04057-JLF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this day, **IT IS ORDERED** that this action is dismissed with prejudice. Judgment is entered in favor of defendant and against plaintiff.

**NORBERT G. JAWORSKI, CLERK OF COURT**

**December 7, 2005.**          **By:s/ Deborah Agans, Deputy Clerk**

**Approved:** *s/James L. Foreman*          EOD 12/7/05
         *Judge*